# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KEVIN MORRIS                                                                                               PLAINTIFF

v.                                         NO. 3:12CV00163 JLH

CITY OF WALNUT RIDGE;
JOHN LAMB, Individually and in his Official
Capacity as Chief of Police of Walnut Ridge
Police Department; and JEFF FRANKS,
Individually and in his Official Capacity as
Police Officer for Walnut Ridge Police Department                                 DEFENDANTS

## ORDER

The joint motion to dismiss is GRANTED. Document #3. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 2nd day of October, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE